UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

G & G CLOSED CIRCUIT EVENTS, LLC,

        Plaintiff,

   v.

VICTORIA ELIZABETH JUAREZ, et al.,

        Defendant.
_____/

NO. CIV. S-10-2146 LKK/GGH

O R D E R

A status conference is scheduled for January 24, 2011 in the above-captioned case. Defendant Victoria Elizabeth Juarez, individually and d/b/a Victoria's Mexican Food was served, but has not filed an answer. Default was entered against the defendant on September 27, 2010 and plaintiff has filed a motion for default judgment, noticed for hearing on January 20, 2011. Accordingly, the court ORDERS as follows:

    [1] The status conference scheduled for January 24, 2011 is continued to May 31, 2011 at 1:30 p.m.

////

1

[2] If default judgment is granted, the status conference will be vacated.

IT IS SO ORDERED.

DATED: January 10, 2011.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2