IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

G & G CLOSED CIRCUIT EVENTS, LLC,

        Plaintiff,                              CIV. NO. S-10-2146 LKK GGH

   vs.

VICTORIA ELIZABETH JUAREZ,
individually and d/b/a Victoria's Mexican Food,

        Defendant.                              ORDER
_____/

        Plaintiff's motion for default judgment presently is calendared for hearing on January 20, 2011.  Having reviewed the record, the court has determined that oral argument would not be of material assistance in determining the pending motion.  Accordingly, the court will not entertain oral argument, and will determine the motion on the record, including the briefing in support of the pending motion.  <u>See</u> E.D. Cal. L.R. 230(h).

        Accordingly, IT IS ORDERED that:

        1. The January 20, 2011 hearing on the motion for default judgment, filed December 15, 2010, is vacated; and

        2. The motion is submitted on the record.

DATED:   January 13, 2011      /s/ Gregory G. Hollows

                                        U. S. MAGISTRATE JUDGE

GGH:076:G&GClosedCircuit2146.vac.wpd