IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

G & G CLOSED CIRCUIT EVENTS, LLC,

      Plaintiff,     CIV. NO. S-10-2146 LKK GGH

    vs.

VICTORIA ELIZABETH JUAREZ,
individually and d/b/a Victoria's Mexican Food,

                                              ORDER

      Defendant.
_____/

      On February 2, 2011, this court issued findings and recommendations recommending that default judgment be granted. On February 15, 2011, defendant filed objections to those findings. Plaintiff has filed a reply. This case would normally be referred to the district court for an order either adopting or rejecting the findings and recommendations. In light of defendant's objections, however, such an order will be reserved pending a motion to set aside entry of default pursuant to Fed. R. Civ. P. 55(c), to be filed by defendant.

\\\\\

\\\\\

\\\\\

1

Accordingly, IT IS ORDERED that: defendant shall file a motion to set aside entry of default within fourteen (14) days of this order. Failure to file such a motion will result in a judge's order resolving the findings and recommendations.

DATED: March 15, 2011

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:076/G&GClosed2146.objs.wpd