IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

G & G CLOSED CIRCUIT EVENTS, LLC,

        Plaintiff,              CIV. NO. S-10-2146 LKK GGH PS

    vs.

VICTORIA ELIZABETH JUAREZ, individually and d/b/a Victoria's Mexican Food,

        Defendant.         ORDER
_____/

        On July 7, 2011, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. Objections were filed on July 20, 2011, a reply was filed on August 4, 2011,[1] and they were considered by the district judge.

        This court reviews de novo those portions of the proposed findings of fact to which objection has been made. 28 U.S.C. § 636(b)(1); McDonnell Douglas Corp. v. Commodore Business Machines, 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920

---

[1] Plaintiff's filing of August 4, 2011, entitled "order and amended findings and recommendations," is construed as a reply.

1

1  (1982).  As to any portion of the proposed findings of fact to which no objection has been made,
2  the court assumes its correctness and decides the motions on the applicable law.  See Orand v.
3  United States, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are
4  reviewed de novo.  See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir.
5  1983).
6        The court has reviewed the applicable legal standards and, good cause appearing,
7  concludes that it is appropriate to adopt the Findings and Recommendations in full.  Accordingly,
8  IT IS ORDERED that: defendant's motion to set aside entry of default, filed April 25, 2011, (dkt.
9  # 23), is granted, and Juarez shall file an answer within 28 days of this order.
10 DATED: August 26, 2011.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT