UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

G & G CLOSED CIRCUIT EVENTS, LLC,

   Plaintiff,

  v.

VICTORIA ELIZABETH JUAREZ, et al.,

   Defendant.
_____/

NO. CIV. S-10-2146 LKK/GGH

<u>O R D E R</u>

  The court is in receipt of a Stipulation of Dismissal of Plaintiff's Complaint, ECF No. 41. In the stipulation, the parties agree to dismiss the case without prejudice, but further stipulate that "provided no party. . . has filed a motion to reopen this action by July 18, 2039, the dismissal shall be deemed to be with prejudice."

  The court will not approve a stipulated dismissal that contemplates a date 27 years in the future for re-opening the case. Accordingly, the court declines to issue the proposed order.

////

1

1   IT IS SO ORDERED.

2   DATED:  July 9, 2012.

```
                          /s/ Lawrence K. Karlton
                          LAWRENCE K. KARLTON
                          SENIOR JUDGE
                          UNITED STATES DISTRICT COURT
```