UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

G & G CLOSED CIRCUIT EVENTS, LLC,

    Plaintiff,

    v.

VICTORIA ELIZABETH JUAREZ, et al.,

    Defendant.

NO. CIV. S-10-2146 LKK/GGH

O R D E R

The court is in receipt of a Stipulation of Dismissal of Plaintiff's Complaint, ECF No. 41. In the stipulation, the parties agree to dismiss the case without prejudice, but further stipulate that "provided no party. . . has filed a motion to reopen this action by July 18, 2039, the dismissal shall be deemed to be with prejudice."

The court will not approve a stipulated dismissal that contemplates a date 27 years in the future for re-opening the case. Accordingly, the court declines to issue the proposed order.

////

1      IT IS SO ORDERED.

2      DATED:  July 9, 2012.

                                    _____
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT