IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

G & G CLOSED CIRCUIT EVENTS, LLC,

        Plaintiff,                        CIV. NO. S-10-2146 LKK GGH PS

    vs.

VICTORIA ELIZABETH JUAREZ, individually and d/b/a Victoria's Mexican Food,

        Defendant.
_____/

ORDER

        On July 2, 2012, the parties submitted a proposed stipulation of dismissal which the district court declined to approve because it contemplated re-opening the case at any time before 2039.

        Accordingly, IT IS ORDERED that: the parties shall file an acceptable proposed stipulation of dismissal within twenty-eight days of this order.

DATED: August 20, 2012

                            /s/ Gregory G. Hollows
                    UNITED STATES MAGISTRATE JUDGE

GGH:076/G&GClosed2146.dispo.wpd