UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

G & G CLOSED CIRCUIT EVENTS, LLC,

      Plaintiff,

  v.

VICTORIA ELIZABETH JUAREZ, et al.,

      Defendant.
_____/

NO. CIV. S-10-2146 LKK/GGH

O R D E R

    Plaintiff has filed a Stipulation of Dismissal of Plaintiff's Complaint, docket no. 44, and a Stipulated Judgment, docket no. 45.

    The court will not approve a stipulated dismissal that requires the court to retain jurisdiction over a settlement agreement that the court has not examined. See Kokkonen v. Guardian Life Ins. Co. of America, 511 US 375, 381 (1994) (holding that a district court may only exercise ancillary jurisdiction over enforcement of a settlement agreement if the relevant order either (i) includes a term explicitly reserving such jurisdiction in the court, or (ii) incorporates the terms of the settlement agreement).

1

Case 2:10-cv-02146-LKK-GGH   Document 46   Filed 10/17/12   Page 2 of 2

The court also refuses to approve a stipulated judgment that apparently requires the court to retain jurisdiction over this matter indefinitely until such time as plaintiff's counsel requests that the court enter judgment against defendant.

Accordingly, the court declines to issue either of the proposed orders.

IT IS SO ORDERED.

DATED: October 16, 2012.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

