1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10   G & G CLOSED CIRCUIT EVENTS,
     LLC,
11
                     Plaintiff,            No. 2:10-cv-2146 LKK GGH PS
12
              vs.
13

14   VICTORIA ELIZABETH JUAREZ,
     individually and d/b/a Victoria's
15   Mexican Food,

16                                                    ORDER
                   Defendant.
17   _____/

18           On September 27, 2012, the parties submitted their second attempt at a proposed

19   stipulation of dismissal which the district court declined to approve for reasons stated in its

20   October 17, 2012 order.  (Dkt. no. 46.)

21           Accordingly, IT IS ORDERED that: the parties shall file an acceptable proposed

22   stipulation of dismissal within twenty-eight days of this order.

23   DATED: November 14, 2012

24
                                   /s/ Gregory G. Hollows
25                       UNITED STATES MAGISTRATE JUDGE

26   GGH:076/G&GClosed2146.dispo.wpd

                                              1