THOMAS P. RILEY, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 90071

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
G & G Closed Circuit Events, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G & G Closed Circuit Events, LLC, | Case No. 2:10-cv-02146-LKK-GGH |
| Plaintiff, | PLAINTIFF'S RESPONSE TO THE COURT'S ORDER DATED NOVEMBER 15, 2012 |
| vs. | |
| Victoria Elizabeth Juarez, | |
| Defendant. | |

TO THE HONORABLE GREGORY G. HOLLOWS, THE DEFENDANT, AND ITS ATTORNEYS OF RECORD:

On November 15, 2012, Plaintiff's counsel received an Order from the Honorable Gregory G. Hollows, directing Parties to file an acceptable proposed stipulation of dismissal within twenty-eight (28) days of the Court's November 15, 2012 order.

///

///

PLAINTIFF'S RESPONSE TO THE COURT'S
ORDER DATED NOVEMBER 15, 2012
CASE NO. 2:10-CV-02146-LKK-GGH

PAGE 1

**WHEREFORE**, Plaintiff, G & G Closed Circuit Events, LLC, by and through its counsel, respectfully requests an additional extension of time to file an acceptable proposed Stipulation of Dismissal in the above-entitled action.  As set forth in the attached Declaration of Thomas P. Riley (Exhibit A), Plaintiff's counsel has been unable to make telephonic contact with defendant Victoria Elizabeth Juarez to discuss the terms of a revised Stipulation of Dismissal as her phone number of record is ineffective and alternative phone numbers in Plaintiff's counsel's file have likewise been unsuccessful in enabling Plaintiff's counsel to make telephonic contact with her.

In addition to trying to reach defendant by telephone Plaintiff's counsel did try to reach the defendant by and through an email address it has within its file for the defendant's son Carlos Juarez on three (3) separate occasions (Please see Plaintiff's Exhibit B, attached).  Unfortunately as of this writing Plaintiff's counsel has not received any reply from Carlos Juarez and Plaintiff's counsel believes the only effective means it may have to communicate with defendant is by overnight mail. Concurrent with the filing of the instant response Plaintiff's counsel has overnighted a draft of the proposed revised Stipulation of Dismissal to the Defendant, along with a prepaid overnight return envelope that Defendant may use to return the executed Stipulation to Plaintiff's counsel's office.

For this reason Plaintiff's counsel respectfully requests an additional 10 (ten) days to receive the proposed revised Stipulation from Ms. Juarez, and file same with the Court.

///

///

///

///

**PLAINTIFF'S RESPONSE TO THE COURT'S**
**ORDER DATED NOVEMBER 15, 2012**
**CASE NO. 2:10-CV-02146-LKK-GGH**

**PAGE 2**

Respectfully submitted,

Date: December 14, 2012        /s/ Thomas P. Rley
                               **LAW OFFICES OF THOMAS P. RILEY, P.C.**
                               By: Thomas P. Riley, Esquire
                               Attorneys for Plaintiff
                               G & G Closed Circuit Events, LLC

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

**PLAINTIFF'S RESPONSE TO THE COURT'S**
**ORDER DATED NOVEMBER 15, 2012**
**CASE NO. 2:10-CV-02146-LKK-GGH**

**PAGE 3**

**ORDER**

It is hereby ordered that Plaintiff G & G Closed Circuit Events, LLC in civil action number 2:10-cv-02146-LKK-GGH styled *G & G Closed Circuit Events, LLC, v. Victoria Elizabeth Juarez,* is hereby granted an additional (10) ten days to file a revised stipulation of dismissal.

**IT IS SO ORDERED**:

/s/ Gregory G. Hollows

_____         Dated: December 19, 2012

**The Honorable Gregory G. Hollows**
**United States District Court**
**Eastern District of California**

///
///
///
///
///
///
///
///
///
///

**PLAINTIFF'S RESPONSE TO THE COURT'S**
**ORDER DATED NOVEMBER 15, 2012**
**CASE NO. 2:10-cv-02146-LKK-GGH**

**PAGE 4**