IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

G & G CLOSED CIRCUIT EVENTS, LLC,

    Plaintiff,

vs.

VICTORIA ELIZABETH JUAREZ, individually and d/b/a Victoria's Mexican Food,

    Defendant.
_____/

No. 2:10-cv-2146 LKK GGH PS

ORDER

    On December 26, 2012, the parties submitted their third attempt at a proposed stipulation of dismissal which the district court for the third time declined to approve for reasons stated in its January 18, 2013 order.  (Dkt. no. 51.)  Each of the three times that Judge Karlton has declined to approve the proposed stipulation, he has explained his reasons in detail.  For some reason, the parties have been unable to consider this reasoning and fashion an appropriate stipulation of dismissal.  It has now been almost seven months since the parties filed their first proposed stipulation of dismissal, to no avail.  The parties are directed to review the district court's past orders and the authority cited therein, before submitting their next proposed order.

\\\\\

Accordingly, IT IS ORDERED that the parties shall file an acceptable proposed stipulation of dismissal within twenty-eight days of this order.

DATED: February 13, 2013

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

GGH:076/G&GClosed2146.dispo3.wpd