UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

G & G CLOSED CIRCUIT
EVENTS, LLC,

         Plaintiff,

    v.

VICTORIA ELIZABETH JUAREZ,
et al.,

         Defendant.
_____/

NO. CIV. S-10-2146 LKK/GGH

<u>O R D E R</u>

On February 14, 2013, Magistrate Judge Hollows issued an order (i) directing the parties "to review the district court's past orders [regarding prior proposed stipulations of dismissal] and the authority cited therein" and (ii) ordering them to "file an acceptable proposed stipulation of dismissal within twenty-eight days of this order." (ECF No. 52.) This order was issued in light of the fact that plaintiff's counsel has submitted to the court three successive deficient proposed stipulations for dismissal.

On March 22, 2013 - eight days after the deadline imposed by Judge Hollows - plaintiff filed a stipulation of dismissal with

1

prejudice "subject to this [*sic*] Stipulation of Judgment previously filed in this action (ECF # 45)." (ECF No. 53.)

As I made exceedingly clear in a prior order, I will not "approve a stipulated judgment that apparently requires the court to retain jurisdiction over this matter indefinitely until such time as plaintiff's counsel requests that the court enter judgment against defendant." (ECF No. 46.)

As defendant is proceeding *in propria persona*, the court infers that plaintiff's counsel is responsible for the parties' failure to file a stipulation that complies with the court's three prior orders on this subject.

Accordingly, the court orders as follows:

[1] Counsel for plaintiff, Thomas P. Riley, is SANCTIONED in the amount of two hundred and fifty dollars ($250) payable within fourteen (14) days of entry of this order to the Clerk of the Court.

[2] The parties are ORDERED to submit a proposed stipulation of dismissal to the court within fourteen (14) days of entry of this order. Failure to timely submit a proposed stipulation that complies with this order and the court's previous orders herein will be immediate cause for further, increased monetary sanctions against plaintiff's counsel.

IT IS SO ORDERED.

DATED: March 26, 2013.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2