Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
G&G Closed Circuit Events, LLC

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| G&G Closed Circuit Events, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>Victoria Elizabeth Juarez, et al.,<br><br>Defendant. | CASE NO. 2:10-cv-2146-LKK-GGH<br><br>STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS VICTORIA ELIZABETH JUAREZ, individually and d/b/a VICTORIA'S MEXICAN FOOD AND ORDER |

**IT IS HEREBY STIPULATED** by and between Plaintiff G & G CLOSED CIRCUIT EVENTS, LLC and Defendant VICTORIA ELIZABETH JUAREZ, individually and d/b/a VICTORIA'S MEXICAN FOOD that the above-entitled action is hereby dismissed **with prejudice** against VICTORIA ELIZABETH JUAREZ, individually and d/b/a VICTORIA'S MEXICAN FOOD.

The parties further agree that if action is required to enforce the rights under the settlement agreement reached between the parties, such action will be brought in a court of competent jurisdiction.

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

///

///

///

**STIPULATION OF DISMISSAL**
**PAGE | 1**

Respectfully submitted,

Dated: April 9, 2013     *s/ Thomas P. Riley*
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By: Thomas P. Riley
Attorneys for Plaintiff
G & G CLOSED CIRCUIT EVENTS, LLC

Dated: April 9, 2013     s/Victoria E. Juarez
**VICTORIA ELIZABETH** JUAREZ, individually and d/b/a VICTORIA'S MEXICAN FOOD

**IT IS SO ORDERED**:

DATED: April 10, 2013.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

**STIPULATION OF DISMISSAL**
PAGE | 2

## **PROOF OF SERVICE (SERVICE BY MAIL)**

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On April 9, 2013, I caused to serve the following documents entitled:

**STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT VICTORIA ELIZABETH JUAREZ, individually and d/b/a VICTORIA'S MEXICAN FOOD**

On all parties in said cause by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was addressed to:

Victoria Elizabeth Juarez (Defendant)
617 Cabana Way
Stockton, CA 95207

The fully sealed envelope with pre-paid postage was thereafter placed in our law firm's outbound mail receptacle in order that this particular piece of mail could be taken to the United States Post Office in South Pasadena, California later this day by myself (or by another administrative assistant duly employed by our law firm).

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on April 9, 2013, at South Pasadena, California.

Dated: April 9, 2013                    s/ *Vanessa Morales*
                                        VANESSA MORALES

**STIPULATION OF DISMISSAL**
**PAGE | 3**